IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:20-CR-00311-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| v. | |
| DAQUAN SHIMEK SMITH, | |
| Defendant. | |

This matter comes before the court on a letter filed pro se by the Defendant, which the court construes as a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) [DE 52]. The Clerk of the Court shall revise the case docket to reflect the proper filing event, and shall arrange for the appointment of counsel pursuant to standing order 19-SO-3.

SO ORDERED this **3d** day of January, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE